UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PHELPS,<br><br>          Plaintiff,<br><br>v.<br><br>PEREZ, *et al.*,<br><br>          Defendants. | 1:21-cv-01108-JLT-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **PAUL PHELPS, #102480, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: May 31, 2022<br>TIME: 1:30 p.m. |

**Inmate Paul Phelps, #102480**, a necessary and material witness on his own behalf in a Settlement Conference on May 31, 2022, is confined at the Madera County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** from his present institution before Magistrate Judge Stanley A. Boone on May 31, 2022, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of the Madera County Jail**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **May 2, 2022**             /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

